UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TROY LAMAR NORRIS,

    Plaintiff,

v.   Case No. 3:21cv104-MCR-HTC

CAPTAIN STEARNS, et al.,

    Defendants.
_____/

REPORT AND RECOMMENDATION
OF DISMISSAL

Plaintiff Troy Norris, a prisoner proceeding *pro se* and *in forma pauperis*, initiated this civil rights action in January 2021, alleging he was prevented from posting a bond in a state criminal matter because of lack of information or misinformation from prison officials. ECF Doc. 1. The matter was referred to the undersigned Magistrate Judge for preliminary screening and report and recommendation pursuant to 28 U.S.C. § 636 and N.D. Fla. Loc. R. 72.2(C).

After screening Plaintiff's complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(b) and 1915A, the Court found the complaint insufficient to be served as it failed to meet the pleading requirements under Rule 8 of the Federal Rules of Civil Procedure and failed to state a claim on which relief could be granted. ECF Doc. 5. Because

Plaintiff is proceeding *pro se,* the Court gave Plaintiff an opportunity to amend his complaint or file a notice of voluntary dismissal. *Id*. at 10. Plaintiff, however, failed to do so within the thirty (30) days afforded to him.

Thus, on March 31, 2021, the Court gave Plaintiff an additional fourteen (14) days to show cause why his case should not be recommended for dismissal for failure to prosecute or comply with a Court order. *See* ECF Doc. 6. Plaintiff was advised that failure to respond to the Court's order may result in a recommendation that his case be dismissed without further notice. *Id.* Plaintiff's deadline to respond to the show cause order has also passed without a response from Plaintiff. Indeed, other than filing his complaint and motion to proceed *in forma pauperis* in January, Plaintiff has taken no other action in this case.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with a Court order.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 21st day of April, 2021.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of its objections upon all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.