UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TROY LAMAR NORRIS,

    Plaintiff,

v.                                                    Case No. 3:21cv104-MCR-HTC

CAPTAIN STEARNS, et al.,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 21, 2021 (ECF Doc. 7). The Plaintiff was furnished with a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply a Court order.

3. The clerk of court is directed to enter judgment in accordance with this Order and close the case.

**DONE AND ORDERED** this 21st day of May 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**